NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WINFORD L. SULLIVAN,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3220

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100348-I-1.

---

## ON MOTION

---

## O R D E R

Winford L. Sullivan moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**SEP 2 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Winford L. Sullivan
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 3 2011

**JAN HORBALY**
**CLERK**